FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 26 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME LEE SLAYTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, formerly Cingular Wireless, a Delaware Corporation, and DOES 1 Through 50, Inclusive,<br><br>Defendants. | Case No.: SACV08-1223 CJC (VBKx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Honorable Cormac J. Carney |

1   This Court, having on April 19, 2010 granted the Motion for Summary
2   Judgment by defendant AT&T Mobility LLC ("Defendant") after considering all of
3   the evidence, both oral and documentary,

5   IT IS ORDERED AND ADJUDGED that JUDGMENT is entered in
6   favor of defendant AT&T Mobility LLC and against plaintiff Jaime Lee Slayton.

8   DATED: April 26, 2010

            _____
            The Honorable Cormac J. Carney
            United States District Judge